PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
May 24, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ANHWAR TELLY YOUNG,<br><br>                Defendant. | CASE NO.: 1:21-MJ-00050 SKO<br><br>REQUEST TO UNSEAL PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION |

## **REQUEST TO UNSEAL**

The arrest warrant in the above-captioned matter was executed on May 24, 2021. As a result, there is no need for the petition to remain under seal. Accordingly, the United States asks that the Court order that the petition be unsealed.

Dated: May 24, 2021                          PHILLIP A. TALBERT
                                               Acting United States Attorney

                                       By:  /s/ Katherine Schuh
                                                 KATHERINE E. SCHUH
                                                 Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANHWAR TELLY YOUNG,<br><br>    Defendant. | CASE NO: 1:21-MJ-00050 SKO<br><br>ORDER TO UNSEAL PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the petition in the above-captioned matter be, and is, unsealed.

Dated: May 24, 2021

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE