PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
2:09CR00340

# CORRECTED TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
1:21-cr-00139-DAD

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anhwar Telly Young | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 6/25/2019 | TO |

**FILED**
May 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFENSE
Not Guilty by Reason of Insanity following a violation: 18 U.S.C. §844(e), Threatening to Kill or Cause Damage by Explosives

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/25/2021
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 26, 2021
Effective Date

*Dale A. Drozd*
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Anhwar Telly Young

Case No.: 2:09CR00340

**CORRECTED TRANSFER OF JURISDICTION**

May 25, 2021

TO: The Honorable Jennifer A. Dorsey
United States District Judge

Mr. Young was charged with committing the crime of Threatening to Kill or Cause Damage by Explosives. On April 23, 2012, Mr. Young was found Not Guilty by Reason of Insanity and Committed to the Custody of the United States Attorney General for hospitalization. On July 25, 2019, supervised release commenced in the Central District of California.

On May 20, 2021, a Transfer of Jurisdiction was initiated with the incorrect district listed for the transfer. The correct jurisdiction is the Eastern District of California. Mr. Young's family ties and support are all in the Eastern District of California. Due to this, and to more effectively address violation conduct transfer of jurisdiction is respectfully requested. Attached are the probation forms 22.

Respectfully submitted,

Amberleigh Barajas
2021.05.25
12:50:14 -07'00'

Amberleigh K. Barajas
Senior United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.05.25 10:56:41 -07'00'

Todd J. Fredlund, Supervising
United States Probation Officer