HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANHWAR TELLY YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-0139 DAD, |
|---|---|
| *Plaintiff,* | Case No. 1:21-mj-00050 SKO |
| vs. | UNOPPOSED MOTION TO RESTORE COMPETENCY UNDER 18 U.S.C. § 4241(d); ORDER |
| ANHWAR TELLY YOUNG, | |
| *Defendant.* | |

      Mr. Young currently has a pending petition alleging he violated the terms of his supervised release, which was initially filed in the District of Nevada but jurisdiction over the case was transferred to this Court on May 25, 2021.

      Mr. Young has a well documented history of mental illness. In 2009, the government in the District of Nevada charged Mr. Young through an Information with violating 18 U.S.C. § 844(e) by threatening to kill or cause damage by explosives directed at U.S. military personnel and property. In August 2009, the parties agreed to resolve the matter through a plea of Not Guilty by Reason of Insanity, and on August 31, 2009, Mr. Young entered said plea. The district court however, was concerned regarding Mr. Young's competency, and committed Mr. Young to the Federal Bureau of Prisons for further examination regarding competency. During the course of the next several years Mr. Young was housed at several different BOP facilities as issues pertaining to his competency were addressed. On July 11, 2011, the district court in Nevada

accepted Mr. Young's plea of Not Guilty by Reason of Insanity, and subsequently ordered that Mr. Young be returned to FMC Butner for further psychiatric evaluation. On April 23, 2012, the district court of Nevada found that Mr. Young continued to suffer from a mental disease or defect such that he presented a harm to himself or others. The following year the court conditionally released Mr. Young, but after five months Mr. Young stopped taking his medication and was returned to custody. After receiving approximately five more years of treatment, on June 17, 2019, the district court in Nevada again ordered Mr. Young conditionally released under the supervision of the United States Probation Office for a period of five years.

On May 13, 2021, U.S. Probation filed the petition that is currently before this Court alleging that Mr. Young violated the terms of his supervised release. On May 25, 2021, defense counsel had a phone conversation with Mr. Young, who she has worked with through Wellness Court and who is currently incarcerated at Fresno County Jail, and believes that Mr. Young is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense. Later that afternoon, Mr. Young had his initial appearance on the pending petition in magistrate court in this district. Mr. Young appeared agitated, was non-responsive to the magistrate judge's questions and got up and left the room in the middle of the hearing. The magistrate judge was unable to complete the arraignment. The parties and the court recognized that Mr. Young is unable to participate in the proceedings against him at this time due to his mental illness, and agreed that Mr. Young should be placed in the custody of the Attorney General for the purpose of attempting to restore his competency.

Based on the foregoing, and the extensive medical records that are part of the record in this case and are hereby incorporated, there is a preponderance of evidence that Mr. Young is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the consequences of the proceedings against him or to assist properly in his defense regarding the pending petition.

Pursuant to 18 U.S.C. § 4241(d)(1), defense counsel files this unopposed motion requesting that the Court commit the defendant to the custody of the Attorney General, who shall

hospitalize him for treatment in a suitable facility for a reasonable period of time in order to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

No later than December 13, 2021, a member of the staff of the facility to which the defendant has been committed for treatment shall submit to the Court and the parties a status report pursuant to § 4241(d).

HEATHER E. WILLIAMS
Federal Defender

DATED: May 26, 2021   By:   */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ANHWAR TELLY YOUNG

**O R D E R**

IT IS SO ORDERED.

Dated: **May 27, 2021**

_____
UNITED STATES DISTRICT JUDGE