PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00139-DAD |
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME FOR EVALUATION AND TREATMENT PURSUANT TO 18 U.S.C. § 4241(D) |
| v. | |
| ANHWAR YOUNG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On May 25, 2021, this Court ordered the defendant committed to the custody of the Attorney General for restoration of the defendant's competency under 18 U.S.C. § 4241.

2.      On November 18, 2021, in response to a status report and request from the Warden, the Court ordered a forensic evaluation of the defendant.

3.      On March 21, 2022, the Bureau of Prisons sent a letter to the Court and the parties providing a status report and requesting an extension of time for evaluation and treatment of 120 days.

4.      The parties agree that an additional extension of 120 days is appropriate for evaluation and treatment of the defendant. No later than July 20, 2022, a member of the staff of the facility to which the defendant has been committed for treatment shall submit to the Court and the parties a status

1

1    report pursuant to § 4241(d).

2           IT IS SO STIPULATED.

3

4

5    Dated:  April 12, 2022                        PHILLIP A. TALBERT
                                                    United States Attorney

6
                                                    /s/ KATHERINE E. SCHUH
7                                                   KATHERINE E. SCHUH
                                                    Assistant United States Attorney
8

9

10   Dated:  April 12, 2022                        /s/ PEGGY SASSO
                                                    PEGGY SASSO
11                                                  Counsel for Defendant
                                                    ANHWAR YOUNG
12

13

14                                    **ORDER**

15          Pursuant to the stipulation of the parties and in light of the report and recommendation set out in

16   the forensic evaluation issued by psychologists from the Mental Health Department of the U.S. Bureau

17   of Prisons in Butner, North Carolina dated March 14, 2022, an additional extension of 120 days is found

18   to be appropriate for evaluation and treatment of the defendant.   No later than July 20, 2022, a member

19   of the staff of the facility to which the defendant has been committed for treatment shall submit to the

20   Court and the parties a status report pursuant to 18 U.S.C. § 4241(d).  The Clerk of the Court is directed

21   to also serve this order on J. Elmore, Associate Warden at the  Federal Correctional Complex, Federal

22   Medical Center, P.O. Box 1600, Butner, North Carolina 27509.

23   IT IS SO ORDERED.

24
        Dated:   **April 13, 2022**                _____
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

2