HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANHWAR TELLY YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>vs.<br><br>ANHWAR TELLY YOUNG,<br><br>               *Defendant.* | Case No. 1:21-cr-00139 DAD<br><br>STIPULATION REGARDING EXTENSION OF TIME FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d); ORDER |

      Mr. Young currently has a pending petition alleging he violated the terms of his supervised release, which was initially filed in the District of Nevada but jurisdiction over the case was transferred to this Court on May 25, 2021.

      Mr. Young has a well documented history of mental illness. In his underlying case, on July 11, 2011, the district court in Nevada accepted Mr. Young's plea of Not Guilty by Reason of Insanity, and subsequently ordered that Mr. Young be returned to FMC Butner for further psychiatric evaluation. In 2013, the district court in Nevada conditionally released Mr. Young, but after five months Mr. Young stopped taking his medication and was returned to custody. After receiving approximately five more years of treatment, on June 17, 2019, the district court in Nevada again ordered Mr. Young conditionally released under the supervision of the United States Probation Office for a period of five years. On May 13, 2021, U.S. Probation filed the petition that is currently before this Court alleging that Mr. Young violated the terms of his

supervised release.

On May 28, 2021, this Court ordered the defendant committed to the custody of the Attorney General for restoration of the defendant's competency under 18 U.S.C. § 4241. Mr. Young arrived at FMC Butner to begin treatment five months later on November 2, 2021. On November 5, 2021, FMC Butner sent this Court a letter advising that Mr. Young had been placed in a 14-day quarantine to assess symptoms for COVID-19, that treatment would being immediately thereafter, and thus the initial four-month period for treatment authorized under § 4241(d) would end on March 14, 2022.

On March 21, 2022, FMC Butner sent a letter to the Court and the parties providing a status report and requesting a 120-day extension of time for treatment. The parties agreed that an extension of 120 days for treatment was appropriate, and this Court granted the requested extension. This Court ordered the Bureau of Prisons to submit a status report regarding Mr. Young's treatment no later than July 20, 2022.

On July 18, 2022, at the suggestion of Mr. Young's treating psychologist, Dr. Mukhin, defense counsel spoke on the telephone with Mr. Young. Defense counsel observed that Mr. Young had made substantial improvement but was not currently competent to proceed.

On July 20, 2022, FMC Butner sent a letter to the Court and the parties providing a status report and requesting an additional 120-days for treatment in light of the substantial progress that has been made since Mr. Young began taking antipsychotic medication in March 2022. The parties agree that an extension of 120 days for treatment is appropriate

IT IS SO STIPULATED.

PHILIP A. TALERT
United States Attorney

DATED: July 21, 2022           */s/ Laurel Montoya*
                               LAUREL JACKSON MONTOYA
                               Assistant United States Attorney

|   |   |
|---|---|
| | HEATHER E. WILLIAMS |
| | Federal Defender |

DATED: July 21, 2022                    */s/ Peggy Sasso*
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANHWAR TELLY YOUNG

**O R D E R**

Pursuant to the stipulation of the parties and in light of the report and recommendation set out in the forensic evaluation issued by psychologists from the Mental Health Department of the U.S. Bureau of Prisons in Butner, North Carolina dated July 18, 2022, an additional extension of 120 days is found to be appropriate for treatment of the defendant. No later than November 30, 2022, a member of the staff of the facility to which the defendant has been committed for treatment shall submit to the Court and the parties a status report pursuant to 18 U.S.C. § 4241(d). The Clerk of the Court is directed to also serve this order on T. Scarantino, Complex Warden at the Federal Correctional Complex, Federal Medical Center, P.O. Box 1600, Butner, North Carolina 27509.

IT IS SO ORDERED.

Dated:   **July 22, 2022**                      _____
                                                UNITED STATES DISTRICT JUDGE