HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANHWAR TELLY YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANHWAR TELLY YOUNG,<br><br>Defendant. | Case No. 1:21-cr-00139-ADA-1<br><br>**ORDER FOR RELEASE AND TRANSPORT** |

Mr. Anhwar Young was ordered conditionally released on June 20, 2019 by Judge Dorsey in the District of Nevada.  Mr. Young was placed on a five-year term of release subject to twenty-five conditions and placed under the supervision of the United States Probation Office. Because Mr. Young was ordered to reside in Fresno, supervision was provided by the Fresno branch of the United States Probation office.

In a Petition filed May 24, 2021 it was alleged that Mr. Young violated three conditions of his supervision.  Jurisdiction was transferred from Nevada to the Eastern District of California, and on May 25, 2021, Mr. Young appeared in this Court on the pending petition.  At that time defense counsel made a motion under 18 U.S.C. § 4241(d) for Mr. Young's hospitalization for the purpose of restoring competency.

In a report dated June 1, 2023, Mr. Young's treating psychologist at the Federal Medical Facility in Butner, North Carolina, Dr. Marina Mukhin, opined that "although Mr. Young suffers

from a mental disease or defect . . . he is competent to proceed at this time [because] . . . Mr. Young possesses a factual and rational understanding of the proceedings against him, appreciates his situation in reference to those proceedings, is able to maintain appropriate courtroom behavior, and is able to assist in his defense in a reasonable, rational manner" so long as he remains medication compliant.

On July 24, 2023, this Court convened a hearing in accordance with 18 U.S.C. §§ 4241(e) and 4247(d), at which time this Court determined by a preponderance of the evidence that Mr. Young has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Because Mr. Young is now competent to proceed, he is due back in the Eastern District of California to address the petition pending against him. No later than August 7, 2023, and sooner if possible, Mr. Young is to be transported on a direct flight from North Carolina, accompanied by at least one Bureau of Prisons staff escort. The BOP staff escort shall transport Mr. Young directly to Sierra Villa Rest Home, an Assisted Living Facility in Clovis California located at 175 West Sierra.

All of the terms and conditions of Mr. Young's conditional release granted on June 20, 2019 are incorporated herein and remain in full force and effect, with the exception that Condition One is amended to read as follows:

> Mr. Young must reside at an Adult Full Service Partnership (FSP) provider identified through Vista Turning Point, a Division of Turning Point of Central California and an affiliate of Fresno Behavioral Health, as approved by his Supervising U.S. Probation Officer, and he is to comply with all of the terms and conditions of the specific FSP facility where he is placed. He is not to make any changes in his residence without the advance approval of his mental-health providers and the final approval of the Supervising U.S. Probation Officer.

IT IS SO ORDERED.

Dated:   July 24, 2023

_____
UNITED STATES DISTRICT JUDGE

Young:  Release Order