**FILED**

MAY 1 4 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANHWAR TELLY YOUNG,<br><br>　　　　Defendant. | No. 1:21-cr-00139-JAM-BAM<br><br>ORDER OF RELEASE |

To Fresno County Jail:

The above-named defendant is in custody for a flash incarceration.

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, May 20, 2025, not later than 10:00 a.m. into the custody of a representative of Fresno County Department of Behavioral Health or to Kevin Mitchel, Office of the Federal Defender.

Date: 5/14/25

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE