**FILED**

JAN 2 6 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21cr00139 JAM BAM |
| Plaintiff, | New Case No. 1:21cr00139 JAM EPG |
| v. | ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE BARBARA A. McAULIFFE TO MAGISTRATE JUDGE ERICA P. GROSJEAN |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Barbara A. McAuliffe to the docket of Magistrate Judge Erica P. Grosjean, pursuant to Appendix A, due to the retirement of Judge McAuliffe. All future pleadings and correspondence shall hereinafter be correctly numbered as follows:

1:21cr00139 JAM EPG

Use of an incorrect case number, including initials, may result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer.

DATED: 1/21/26

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

DATED: 1/26/26

_____
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1