## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

United States of America,

v.

Anhwar Telly Young,

Defendant.

)
)
)
)
)
)
)
)
)
)

**WELLNESS COURT PROGRAM**

**FINDINGS AND RECOMMENDATION AND ORDER FOR WELLNESS COURT JAIL SANCTION**

Docket Number: 0972 1:21CR00139-001

On August 8, 2023, Anhwar Young was accepted as a participant in the Wellness Court Program. Mr. Young has violated his Wellness Court Agreement by failing to comply with psychiatric treatment as directed by the treatment team provided through Fresno Couty Behavioral Health, specifically by not taking his prescribed injectable psychotropic medication. The Wellness Court Team has determined his violation conduct requires a jail sanction.

It is therefore recommended that Anhwar Young serve seven days imprisonment, to commence upon his arrest and end seven days after his arrest.

These findings and recommendations are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

Mar 13, 2026
_____
**Date**

*Erica P. Grosjean*
_____
**The Honorable Erica P. Grosjean**
**U.S. Magistrate Judge**

These Findings and Recommendations are hereby adopted and approved. Anhwar Young shall serve seven days imprisonment, to commence upon his arrest and end seven days after his arrest.

*March 13, 2026*
_____
**Date**

*John A. Mendez*
_____
**The Honorable John A. Mendez**
**U.S. District Judge**

(PACTS# 47520)