UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00139-JAM-EPG |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

To Fresno County Jail:

IT IS HEREBY ORDERED that the above-named defendant shall be released on Thursday, March 26, 2026 at 10:00 a.m. to a representative from the Federal Defender's Office.

IT IS SO ORDERED.

Dated:   **March 24, 2026**                    /s/ _Eric P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE

1