HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANHWAR TELLY YOUNG,<br>Defendant. | Case No. 1:21-cr-00139-JAM-EGC<br><br>ORDER FOR RELEASE |

IT IS HEREBY ORDERED that defendant ANHWAR TELLY YOUNG (Fresno County Sheriff's Office Person ID No. 0814160), shall be released from the Fresno County Jail to a representative from the Federal Defender's Office on Monday, October 5, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **October 2, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE